UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMES ARTHUR ROAT,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 2:21-cv-154

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order of Remand entered this date:

**IT IS HEREBY ORDERED** that Judgment enters.


Dated: May 19, 2022

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge